1

2

3

4

5

6

7

8                     UNITED STATES DISTRICT COURT

9                     EASTERN DISTRICT OF CALIFORNIA

10

11   KENNETH G. WILKINSON and KELLY          No.  2:24-cv-01416-TLN-AC
     G. WILKINSON,
12
                Plaintiffs,
13                                           **ORDER**
          v.
14
15   PHH MORTGAGE CORPORATION and
     WESTERN PROGRESSIVE LLC.,
16
                Defendants.
17

18          Plaintiffs are proceeding in this action in pro per.  The matter was referred to a United

19   States Magistrate Judge pursuant to Local Rule 302(c)(21).

20          On February 20, 2025, the magistrate judge filed findings and recommendations herein

21   which were served on all parties and which contained notice to all parties that any objections to

22   the findings and recommendations were to be filed within twenty-one days.  (ECF No. 29.)

23   Plaintiffs have filed objections to the findings and recommendations.  (ECF No. 30.)

24          In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this

25   Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the

26   Court finds the findings and recommendations to be supported by the record and by proper

27   analysis.

28   ///

Accordingly, IT IS HEREBY ORDERED that:

1.  The findings and recommendations filed February 20, 2025, are ADOPTED IN FULL;

2.  The motion to dismiss (ECF No. 22) is GRANTED and that this case is DISMISSED;

3.  The Clerk of Court is directed to close the case.

IT IS SO ORDERED.

Date: April 30, 2025

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE